NUMBER 13-07-00580-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ADELAIDO GONZALES, JR., Appellant,


v.



JESUS FLORES , Appellee.

_____________________________________________________________


On appeal from the County Court at Law No. 3


 of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 Appellant, Adelaido Gonzales, Jr., attempted to perfect an appeal from an order
entered by the County Court at Law No. 3 of Cameron, County, Texas, in cause no. 2007-CCL-0378-C. Upon review of the documents before the Court, it appeared that the order
from which this appeal was taken was not a final appealable order. The Clerk of this Court
notified appellant of this defect so that steps could be taken to correct the defect, if it could
be done. See Tex. R. App. P. 37.1, 42.3. Appellant was advised that, if the defect was not
corrected within ten days from the date of receipt of this notice, the appeal would be
dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice. 

 The Court, having considered the documents on file and appellant's failure to correct
the defect in this matter, is of the opinion that the appeal should be dismissed for want of
jurisdiction. See id. Accordingly, the appeal is DISMISSED FOR WANT OF
JURISDICTION. See id. 42.3(b),(c).

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 17th day of April, 2008.